UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY MALIK ELLIS,<br><br>                              Plaintiff,<br><br>-against-<br><br>CITY OF NEW YORK; CPT. CEASAR; C.O. DAIF; C.O. CROCKER; C.O. GRIPPY,<br><br>                              Defendants. | 25-CV-6353 (AS)<br><br>ORDER OF SERVICE |

ARUN SUBRAMANIAN, United States District Judge:

Plaintiff, who currently is incarcerated at Five Points Correctional Facility, brings this action, *pro se*, under 42 U.S.C. § 1983, alleging the Defendants violated his federal constitutional rights when he was detained at the Otis Bantum Correctional Center on Rikers Island.[1]

## DISCUSSION

### A.  Waiver of service

The Clerk of Court is directed to electronically notify the New York City Department of Correction and the New York City Law Department of this order. The Court requests that the City of New York, Captain Ceasar, and Correction Officers Daif, Crocker, and Grippy waive service of summons.

### B.  Local Civil Rule 33.2

Local Civil Rule 33.2, which requires defendants in certain types of prisoner cases to respond to specific, court-ordered discovery requests, applies to this action. Those discovery requests are available on the Court's website under "Forms" and are titled "Plaintiff's Local Civil Rule 33.2 Interrogatories and Requests for Production of Documents." Within 120 days of the

---

[1] Plaintiff paid the filing fees to being this action.

date of this order, Defendants must serve responses to these standard discovery requests. In their responses, Defendants must quote each request verbatim.[2]

## CONCLUSION

The Clerk of Court is directed to electronically notify the New York City Department of Correction and the New York City Law Department of this order. The Court requests that the City of New York, Captain Ceasar, and Correction Officers Daif, Crocker, and Grippy waive service of summons.

Local Civil Rule 33.2 applies to this action.

The Clerk of Court is also directed to mail an information package to Plaintiff.

SO ORDERED.

Dated: October 14, 2025
       New York, New York

ARUN SUBRAMANIAN
United States District Judge

---

[2] If Plaintiff would like copies of these discovery requests before receiving the responses and does not have access to the website, Plaintiff may request them from the Pro Se Intake Unit.