UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Anthony Malik Ellis,

Plaintiff,

-against-

City of New York et al.,

Defendants.

25-CV-6353 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

The parties are requested to meet and confer, and on or before August 14, 2026, submit by letter-motion a proposed schedule for discovery and summary judgment in this case.

SO ORDERED.

Dated: August 5, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge